**BRODSKY SMITH**
Evan J. Smith, Esquire (SBN 242352)
esmith@brodskysmith.com
Ryan P. Cardona, Esquire (SBN 302113)
rcardona@brodskysmith.com
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Phone: (877) 534-2590
Facsimile: (310) 247-0160

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON VELARDE,<br><br>Plaintiff,<br><br>v.<br><br>GENMARK DIAGNOSTICS, INC., KEVIN C. O'BOYLE, DARYL J. FAULKNER, JAMES FOX, LISA GILES, and MICHAEL KAGNOFF,<br><br>Defendants. | Civil Action No. 3:21-cv-00567-L-JLB<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Don Velarde ("Plaintiff") voluntarily dismisses this action without prejudice. Because this notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: June 23, 2021                    **BRODSKY & SMITH, LLC**

                                    By:   */s/ Evan J. Smith*
                                          Evan J. Smith, Esquire (SBN 242352)
                                          Ryan P. Cardona, Esquire (SBN 302113)
                                          9595 Wilshire Blvd., Ste. 900
                                          Phone: (877) 534-2590
                                          Facsimile (310) 247-0160

                                          *Attorneys for Plaintiff*